

**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE | |
| FREEMAN G BAGNALL | Case No. 10-12319-JFS |
| | Chapter 13 |
| Debtor | |
| CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS, OF BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-2, ASSET BACKED CERTIFICATES, SERIES 2007-2 | Motion No. |
| Movant | |
| v. | |
| FREEMAN G BAGNALL
MARY BAGNALL
A/K/A MOLLY BAGNALL | |
| Respondents | |

### CONSENT ORDER MODIFYING AUTOMATIC STAY AND IMPOSING EQUITABLE SERVITUDE

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) and 1301, to permit Movant to commence foreclosure proceeding in the Circuit Court for Worcester County, Maryland, against the real property and improvements known as 504 Eagle Drive, Unit 57, Ocean City, MD 21842 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $527.12 (said payment represents the regular mortgage payment) by April 1, 2010 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

2. Make a payment to the Movant of $221.19 by April 15, 2010 (said payment represents 1/6 of the post petition arrears of $1327.12 which consists of 1 payment at $527.12 for March 2010 and attorney's fees and costs of $800.00) and continue to make payments of $221.19 by the 15th of each month through and including September 15, 2010; and

3. All payments to the Movant should be made to:
   EMC Mortgage Corporation
   Attn: OH4-7119
   3415 Vision Drive
   Columbus, OH 43219

If any amount is not paid timely, Movant's attorney shall mail notice to the Debtor and Debtor's attorney allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.   Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.   If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. 362 shall not be imposed as to the real property located at 504 Eagle Drive, Unit 57, Ocean City, MD 21842 in any new bankruptcy case filed by either of the debtors for a period of 180 days from the date of the termination of the stay as to the property or dismissal of this case, whichever is earlier.

AGREED AND CONSENTED TO:

/s/ Mark D. Meyer                    /s/ Robert E. Molloy
Mark D. Meyer                        Robert E. Molloy
Attorney for Movant                  Attorney for Debtor

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order and the signatures represented by the /s/_____ on this copy reference the signatures of the consenting parties on the original consent order.


                        /s/ Mark D. Meyer

                        Mark D. Meyer


cc:

    Gerard R. Vetter
    Trustee
    Tower II, Suite 501
    100 S. Charles Street
    Baltimore, MD 21201

    Robert E. Molloy, Esquire
    Robert E. Molloy and Associates, P.A.
    1113 Odenton Rd
    Odenton, MD 21113

    Mary Bagnall
    A/K/A Molly Bagnall
    967 Phillips Dr
    Arnold, MD 21012

    Freeman G Bagnall
    967 Phillips Dr
    Arnold, MD 21012


**End of Order**